IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTIAN TRAUTNER, #78021 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:25-CV-599-SDJ |
| | § | |
| SHERIFF, GRAYSON COUNTY | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #13) recommending that the petition for writ of habeas corpus be dismissed without prejudice and that a certificate of appealability be denied. Movant filed objections. (Dkt. #14).

Petitioner's objections lack merit. The Magistrate Judge correctly applied the doctrine of *Younger v. Harris*, 401 U.S. 37 (1971), in recommending abstention. Furthermore, even if this case were the rare pretrial habeas matter not barred by *Younger*, the Magistrate Judge correctly concluded that Petitioner has failed to exhaust his state remedies, which precludes federal habeas relief. Petitioner's objections do not address the applicability of the *Younger* abstention doctrine. Nor do they address exhaustion, beyond Petitioner's conclusory assertion that he "has exhausted all state procedures for relief" by twice filing a petition for writ of habeas corpus with the state trial court and receiving "no reply." (Dkt. #14 at 1). A claim is not exhausted if no ruling has yet been made by the trial court. The remainder of Petitioner's objection concerns matters that are immaterial to the grounds for dismissing his petition.

1

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 8th day of October, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE